FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 02 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    CASE NO. 4:14CV00634-JM

$1,789,520.00 IN U.S. CURRENCY                                        DEFENDANT

## CLAIM OF WALDA LUNA PURSUUANT TO RULE G(5)(a) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY AND MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS

I, Walda Luna, Claimant in the above-styled matter, hereby file this my Claim in the above-styled matter pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions

1.     The specific property I am claiming is the $1,789,520.00 in U.S. Currency that the United States alleges should be forfeited to it pursuant to its Verified Complaint In Rem filed in the above-styled matter on October 28, 2014.  Said U.S. currency shall hereinafter be referred to as the "property at issue".

2.     My interest in the property at issue is that of owner.  The Drug Enforcement Administration of the United States Department of Justice has previously explicitly designated me as the owner of the property at issue pursuant to a Notice of Seizure mailed to me on June 19, 2014.

Pursuant to 28 U.S.C. § 1746, I declare and swear under penalty of perjury that the foregoing statements in this Claim are true and correct.

_____
Walda Luna

1

## **CERTIFICATE OF SERVICE**

I, Carl Bush, certify that on this 2nd day of December 2014, I served a copy of the above and foregoing Claim on Assistant United States Attorney Cameron C. McCree via United States postage prepaid mail and electronic mail, at the physical and e-mail addresses shown below.

United States Attorney's Office
425 West Capitol Avenue, Suite 500
Little Rock, Arkansas 72201
E-Mail: Cameron.McCree@usdoj.gov

_____
Carl Bush

2